# UNITED STATES DISTRICT COURT
## Eastern District of New York

**FILED**
**CLERK**

**9/22/2025**

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

Presiding Judge: **James M. Wicks, U.S. Magistrate Judge**
Case Caption: **USA v. Wang, et. al.**
Case No(s).: **2:25-mj-00261-ST**
Date: **9/22/2025**
Time: **12:00 PM**

### MINUTE ENTRY FOR A CRIMINAL PROCEEDING

**SEALED PROCEEDING:** ☐ **Yes** ☑ **No**

## I. APPEARANCES:

Defendant (# **1** ): **Yinye Wang**
☐ Present ☑ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered
Counsel: **Felipe Garcia**
☐ Retained ☑ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered
Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered
Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered
Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered
Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered
Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered
Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered
Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Government: **Andrew Wenzel, for Eric Silverberg, and James Scahill, Special AUSA**
Pretrial Services: **Kristina De Prima**
Probation Dept.: _____
Other Appearances: _____
_____
_____

Interpreter: _____
Language: _____
Court Reporter: _____
Time Log: **12:08 - 12:11**
Courtroom Deputy: Eric L. Russo

## II. PROCEEDINGS HELD:

☑ In-Person
☐ By Telephone
☐ By Video

☐ Arraignment (*see pg. 2*)
☐ Bond Hearing (*see pg. 4*)
☐ Curcio Hearing (*see pg. 2*)
☑ Detention Hearing (*see pg. 4*)
☐ Initial Appearance (*see pg. 2*)

☐ Jury Selection (*see pg. 3*)
☐ Motion Hearing (*see pg. 3*)
☐ Plea Hearing (*see pg. 3*)
☐ Status Conference (*see pg. 2*)

☐ Other Proceeding: _____

## III. SUMMARY OF THE PROCEEDINGS:

☐ _____ held as to the:
   ☐ Complaint.
      ☐ The agent(s) were present and sworn.
   ☐ Juvenile Information.
      ☐ Juvenile Certification filed.
   ☐ Misdemeanor Information.
      ☐ Consent to Proceed before a Magistrate Judge (AO 86A) executed.
   ☐ Felony Information.
      ☐ Waiver(s) of Indictment (AO 455) executed.
   ☐ Felony Indictment.
   ☐ Superseding Juvenile Information (S-__).
   ☐ Superseding Felony Information (S-__).
   ☐ Superseding Felony Indictment (S-__).
   ☐ An Order of Referral was received from District Judge _____ and was signed by all parties.
   ☐ This was an Initial Appearance before this Court by Defendant _____.
   ☐ Notice(s) of Appearance were executed by defense counsel as to Defendant _____.
   ☐ Defendant _____ submitted the Financial Affidavit (CJA 23) for the Court's review.
      ☐ An Order Appointing a Federal Defender were executed as to Defendant _____.
      ☐ Order(s) Appointing CJA Counsel (CJA 20) were executed as to Defendant _____.
   ☐ Defendant _____ waived the public reading of the charging instrument.
   ☐ Defendant _____ was advised of, and acknowledged, the charges outlined in the charging instrument.
   ☐ The Government was advised of, and acknowledged, its obligation under F.R.Cr.P. Rule 5(f) and the Due Process Protections Act.
      ☐ A written order will be entered fully describing this obligation and the possible consequences of failing to meet it.
   ☐ Defendant _____ waived the right to a Preliminary Hearing.
      ☐ Waiver(s) of Preliminary Hearing (AO 468) executed.
   ☐ Defendant _____ **DID NOT WAIVE** the right to a Preliminary Hearing.
   ☐ Defendant _____ entered a plea of **NOT GUILTY** as to all counts of the charging instrument.
   ☐ The parties advised the Court of the status of the case.
   ☐ Defendant _____ consented to the exclusion of _____ time from _____ to _____.
      ☐ Order(s) of Excludable Delay executed.
   ☐ Defendant _____ **DID NOT CONSENT** to the exclusion of _____ time.
      ☐ The Court ordered the exclusion of _____ time from _____ to _____ pursuant to Title 18, United States Code, Section 3161 _____.
   ☐ The Court deemed this case **COMPLEX**, and time was excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii).
   ☐ See Section VI (*page 5*) for additional details and/or rulings.

☐ Curcio Hearing held as to Defendant _____.
   ☐ Attorney _____ (☐ Federal Defender ☐ CJA) was appointed to represent the defendant for purposes of this hearing.
   ☐ The parties presented their oral arguments to the Court.
   ☐ The defendant was informed of the potential dangers arising from any conflicts of interest with current defense counsel.
   ☐ The defendant acknowledged and waived any potential conflicts of interest and wishes to proceed with current defense counsel.
   ☐ The defendant requested that current counsel be relieved and:
      ☐ that the defendant will retain new counsel.
         ☐ The defendant must retain new counsel: ☐ by _____; ☐ within _____ of this hearing.
      ☐ that the Court appoint new counsel.
         ☐ The Defendant submitted the Financial Affidavit (CJA 23) for the Court's review.
            ☐ An Order Appointing a Federal Defender was executed.
            ☐ An Order Appointing CJA Counsel was executed.
   ☐ The Court's decision: ☐ was RESERVED; ☐ was entered on the record; ☐ will be entered under a separate order.
   ☐ See Section VI (*page 5*) for additional details and/or rulings.

☐ Motion Hearing held as to _____.
    ☐ The parties presented their oral arguments to the Court.
    ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
    ☐ Exhibits were entered into evidence.
    ☐ The Court made the following ruling(s):
        ☐ **GRANTED**, as to: _____.
        ☐ **DENIED**, as to: _____.
        ☐ **GRANTED**, in part, as to: _____.
        ☐ Decision **RESERVED**, as to: _____.
    ☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order.
    ☐ See Section VI (*page 5*) for additional details and/or rulings.

☐ Jury Selection/Voir Dire held.
    ☐ An Order of Referral was received from District Judge _____ and was signed by all parties.
    ☐ The Court ordered the jury to be:
        ☐ anonymous.
        ☐ sequestered.
        ☐ semi-sequestered.
        ☐ _____.
    ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
    ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
    ☐ A jury of _____, with _____ alternates, were selected and are satisfactory to all parties.
    ☐ See Section VI (*page 5*) for additional details and/or rulings.

☐ Plea Hearing held as to count(s) _____ of the _____-count _____.
    ☐ An Order of Referral was received from District Judge _____ and was signed by all parties.
    ☐ The Consent Order to have the plea taken before Magistrate Judge Wicks was signed by all parties.
    ☐ The defendant was sworn and advised of all the constitutional rights that will be waived when entering a plea of guilty.
    ☐ The defendant withdrew previously entered not guilty plea and entered a plea of **GUILTY** to the above referenced count(s).
    ☐ The Court found that the there is a factual basis for the guilty plea and **RECOMMENDED** that the defendant's plea of guilty be accepted.
    ☐ The Court's Standard Plea Form was executed by the parties and marked as a Court Exhibit.
    ☐ The _____ was executed by the parties and marked as a Court Exhibit.
    ☐ An Order of Forfeiture was executed.
    ☐ The Court ordered the U.S. Probation Department to prepare and submit an **EXPEDITED** Presentence Investigation Report.
    ☐ The parties consented to hold the preparation of the Presentence Investigation Report in **ABEYANCE**.
    ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
    ☐ Transcripts of this proceeding will be ordered for the District Court's review.
    ☐ See Section VI (*page 5*) for additional details and/or rulings.

*\*\*\*\* INTENTIONALLY LEFT BLANK \*\*\*\**

## IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:

☑ <u>Detention</u> Hearing held.
- ☐ An Order of Referral was received from District Judge _____ and was signed by all parties.
- ☐ Defendant _____ did not present a bond application to the Court.
  - ☐ An Order of Detention was executed as to Defendant _____.
  - ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
- ☐ The bond application/modification was **GRANTED** as to Defendant _____.
  - ☐ An Order Setting Conditions of Release and Bond was executed as to Defendant _____.
  - ☐ The conditions of release were modified as to Defendant _____, as stated on the record.
  - ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
- ☐ The bond application/modification was **DENIED** as to Defendant _____.
  - ☐ An Order of Detention was executed as to Defendant _____.
- ☑ The Government moved for immediate detention of Defendant _____1_____.
  - ☑ The motion was:
    - ☑ **GRANTED.**
      - ☑ An Arrest Warrant was executed as to Defendant _____1_____.
      - ☐ An Order of Detention was executed as to Defendant _____.
    - ☐ **DENIED.**
      - ☐ The conditions of release were modified as to Defendant _____, as stated on the record.
      - ☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
- ☐ The decision regarding the bond or detention application was **RESERVED**.
  - ☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
  - ☐ A temporary Order Setting Conditions of Release and Bond was executed as to Defendant _____.
- ☐ See Section VI (*page 4*) for additional details and/or rulings.

## For a defendant currently IN-CUSTODY:

☐ Defendant _____ remain(s) in custody.

☐ The following orders were executed and shall be forwarded to the U.S. Marshals Service and/or the Federal Bureau of Prisons:
- ☐ A Medical Evaluation Order as to Defendant _____.
- ☐ A Competency Order as to Defendant _____.
- ☐ A Force Order as to Defendant _____.

## For a defendant currently AT LIBERTY:

☐ Defendant _____ remain(s) on bond under supervision of the Pretrial Services Department.

*\*\*\*\* INTENTIONALLY LEFT BLANK \*\*\*\**

## V. FURTHER PROCEEDINGS SET:

☑ No further proceedings have been set at this time for Defendant _____1_____.

☐ The following proceeding has been set for Defendant ____1 and 2___:
  ☐ _____ is set for _____ at _____ before _____, _____.
    ☐ Additional details regarding the proceeding set:

☐ The following proceeding has been set for Defendant _____:
  ☐ _____ is set for _____ at _____ before _____, _____.
    ☐ Additional details regarding the proceeding set:

☐ The following proceeding has been set for Defendant _____:
  ☐ _____ is set for _____ at _____ before _____, _____.
    ☐ Additional details regarding the proceeding set:

☐ The following proceeding has been set for Defendant _____:
  ☐ _____ is set for _____ at _____ before _____, _____.
    ☐ Additional details regarding the proceeding set:

## VI. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ **The record of this proceeding was ordered SEALED**. Transcripts of this proceeding can be made available to the Court, the defendant(s), defense counsel, and the Government **ONLY**.

☐ The Court made the following rulings: