Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:25-mj-05504-DUTY All Defendants

Case title: USA v. Wang

Date Filed: 09/05/2025

Date Terminated: 10/01/2025

Assigned to: Duty Magistrate Judge

### Defendant (1)

**Yinye Wang**
*TERMINATED: 10/01/2025*
*also known as*
Roy Wang
*TERMINATED: 10/01/2025*

represented by  **Scott D. Tenley**
Tenley Law PC
2601 Main Street, Suite 850
Irvine, CA 92614
949-749-2300
Fax: 949-520-6727
Email: scott@tenleylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

### Plaintiff

**USA**                        represented by **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2025 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Yinye Wang, originating in the Eastern District of New York. Defendant charged in violation of: 18:1349. Signed by agent Angelica Y. Lee, FBI, Special Agent. filed by Plaintiff USA. (ctr) (Entered: 10/01/2025) |
| 09/05/2025 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Yinye Wang; defendants Year of Birth: 1989; date of arrest: 9/3/2025 (ctr) (Entered: 10/01/2025) |
| 09/05/2025 | 3 | Defendant Yinye Wang arrested on warrant issued by the USDC Eastern District of New York at Central Islip. (Attachments: # 1 Eastern District of New York)(ctr) (Entered: 10/01/2025) |
| 09/05/2025 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Yinye Wang. (ctr) (Entered: 10/01/2025) |
| 09/05/2025 | 5 | ORAL MOTION Unsealing. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. Filed by Plaintiff USA as to Defendant Yinye Wang. (ctr) (Entered: 10/01/2025) |
| 09/05/2025 | 7 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Jacqueline Chooljian as to Defendant Yinye Wang. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Contested detention hearing held. Defendant arraigned and states true name is as charged. Granting 5 MOTION for Oral Motion Unsealing as to Yinye Wang (1); Attorney: Scott D. Tenley for Yinye Wang, Retained, present. Court orders bail set as: Yinye Wang (1) 50,000, SEE CONDITIONS ON BOND. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Eastern District of New York. Bond to Transfer. Defendant ordered to appear as directed by U.S. Attorney. Court Smart: 9/5/2025. (ctr) (Entered: 10/01/2025) |
| 09/05/2025 | 8 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Yinye Wang. (ctr) (Entered: 10/01/2025) |
| 09/05/2025 | 9 | BOND AND CONDITIONS OF RELEASE filed as to Defendant Yinye Wang conditions of release: SEE CONDITIONS ON BOND approved by Magistrate Judge Jacqueline Chooljian. (ctr) (Entered: 10/01/2025) |

| 09/05/2025 | 10 | DECLARATION RE: PASSPORT filed by Defendant Yinye Wang, declaring that my passport and any other travel documents are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case. (ctr) (Entered: 10/01/2025) |
|---|---|---|
| 09/05/2025 | 11 | WAIVER OF RIGHTS approved by Magistrate Judge Jacqueline Chooljian as to Defendant Yinye Wang. (ctr) (Entered: 10/01/2025) |
| 09/05/2025 | 12 | DESIGNATION AND APPEARANCE OF COUNSEL; filed by Scott D. Tenley appearing for Yinye Wang. (ctr) (Entered: 10/01/2025) |
| 09/05/2025 | 13 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $50,000 by surety: Laura Xing for Bond and Conditions (CR-1) 9 . Filed by Defendant Yinye Wang (mhe) (Entered: 10/09/2025) |
| 09/05/2025 | 14 | SEALED UNREDACTED Affidavit of Surety (No Justification) filed by Defendant Yinye Wang re: Affidavit of Surety (No Justification)(CR-4) 13 (mhe) (Entered: 10/09/2025) |
| 10/01/2025 | | Notice to Eastern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Defendant Yinye Wang. Your case number is: 25mj261. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 7 Order on Motion for Order, Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 10/09/2025) |